UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANET ANNOR,

                              Plaintiff,

               -against-

HOME DEPOT, U.S.A., INC.,

                              Defendant.

22-cv-8249 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

The parties in this case submitted a joint letter, Dkt. 12, in response to the Court's Notice of Reassignment, Dkt. 10. In addition to addressing the issues that the Court required the parties to address, which the Court appreciates, the parties also included a "request" for a lengthy four-month extension to the discovery schedule, seeking the close of discovery to be extended from September 21, 2023, to January 19, 2024. There is no good cause shown for the requested extension. The letter indicates that the "[p]laintiff has not yet taken any depositions," but does not explain why depositions have not been taken by the plaintiff, or why those depositions could not be taken in the next month. The letter refers to the need to exchange expert reports, but the deadline for the exchange of expert reports passed months ago, *see* Dkt. 9, with neither party making any application for an extension in advance to the Court. Indeed, prior to the reassignment of this case to me on August 10, 2023, no filing of any kind was made by either party since last year. The request for an extension of September 21, 2023, discovery deadline is DENIED.

The parties are also directed to follow the Court's Individual Practices and the local rules. "All requests for adjournments or extensions of time must be made in writing and filed on ECF as letter-motions, not as ordinary letters, proposed stipulations, or proposed orders."

Individual Practices in Civil Cases, ¶ 3.E. And all "[d]ocuments filed by parties on the ECF system must be in text searchable format," not scanned copies. S.D.N.Y. ECF Filing Rules & Instructions.

SO ORDERED.

Dated: August 23, 2023
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge