UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANET ANNOR,<br><br>                            Plaintiff,<br><br>              -against-<br><br>HOME DEPOT U.S.A, INC.,<br><br>                            Defendant. | 22-cv-8249 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On January 19, 2024, the parties submitted their proposed joint pretrial order. Dkt. 19. In it, they said that the parties "consent to trial by a Magistrate Judge." *Id.* at 5. Seeing as consent to trial by a Magistrate Judge is effectively consent for all purposes, the parties should fill out and sign the Magistrate consent form, available at https://www.nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf and attached to this order. The parties shall either return the signed form or inform the Court that they do not consent (without indicating which side withheld consent) by January 24, 2024.

SO ORDERED.

Dated: January 19, 2024
         New York, New York

                                                               _____
                                                                    ARUN SUBRAMANIAN
                                                                    United States District Judge

# UNITED STATES DISTRICT COURT
for the

_____

|  |  |
|---|---|
| _____ *Plaintiff* <br> v. <br> _____ *Defendant* | ) <br> ) <br> ) Civil Action No. <br> ) <br> ) |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____         _____
                                                                  *District Judge's signature*

                                                                  _____
                                                                  *Printed name and title*

Note:  Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

Print     Save As...     Reset