UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JANET ANNOR,

                      Plaintiff,                    **ORDER**

             -against-                    **22-cv-8249 (JW)**

HOME DEPOT U.S.A., INC. *d/b/a* HOME DEPOT,

                      Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Parties were heard in a pre-trial conference on February 21, 2024. This Court set a deadline of **May 13, 2024** for motions in limine ("MiL") and pre-trial submissions, including the request to charge. Oppositions to any MiL are due by **May 20, 2024**. This Court will hold a final pre-trial conference on **May 30, 2024 at 11:00am**. Counsel is directed to dial +1 646-453-4442, conference ID: 759588373# at that time.

      SO ORDERED.

DATED:    New York, New York
                February 21, 2024

                                                                       _____
                                                                       JENNIFER E. WILLIS
                                                                       United States Magistrate Judge